UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENFELD DEVELOPMENT GROUP, LTD.; and BDG GOTHAM RESIDENTIAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SADLERSTONE, LLC, dba Concrete Collaborative,<br><br>Defendant.<br><br>SADLERSTONE, LLC, dba Concrete Collaborative,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BJARKE INGELS GROUP NYC LLC; STONE DIVERSIFIED, LLC; ZDG CONSTRUCTION MANAGEMENT; ZDG CONSTRUCTION MANAGEMENT LLC and ROES 1-25,<br><br>Third-Party Defendants. | Case No.: 21-cv-1117-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Stipulation Regarding Dismissal of Bjarke Ingels Group NYC LLC from the Amended Third-Party Complaint of Sadlerstone, LLC, dba Concrete Collaborative, is granted. (ECF No. 48). Pursuant to Federal Rule of Civil Procedure 41(a), Third-Party Defendant Bjarke Ingels Group NYC LLC is dismissed without prejudice from the First Amended Third-Party Complaint. Bjarke Ingels Group NYC LLC's Motion to Dismiss the First Amended Third-Party Complaint is denied as moot. (ECF No. 44).

Dated: April 7, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court