```
Robert A. Morgenstern, Esq. (SBN 94180)
bob@morgensternlawgroup.com
Patricia Molly Ford, Esq. (SBN 285045)
pford@morgensternlawgroup.com
MORGENSTERN LAW GROUP
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

Attorneys for Defendant, SADLERSTONE,
LLC, DBA CONCRETE
COLLABORATIVE
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENFELD DEVELOPMENT GROUP, LTD. AND BDG GOTHAM RESIDENTIAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SADLERSTONE, LLC, dba CONCRETE COLLABORATIVE,<br><br>Defendants. | **Case No. 3:21-cv-1117-WQH-MSB**<br>Hon. William Q. Hayes<br><br>**JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND ZDG CONSTRUCTION MANAGEMENT. LLC TO THE OPERATIVE THIRD-PARTY COMPLAINT OF SADLERSTONE, LLC, DBA CONCRETE COLLABORATIVE** |

**JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND "ZDG CONSTRUCTION MANAGEMENT, LLC" TO THE OPERATIVE THIRD-PARTY COMPLAINT OF SADLERSTONE, LLC, DBA CONCRETE COLLABORATIVE**

The parties stipulate that:

1. ZDG, LLC be identified as ROE No. 6 in the operative Third-Party Complaint and any later versions of the Third-Party Complaint of

SADLERSTONE, LLC DBA CONCRETE COLLABORATIVE.

2. Any references to ZDG CONSTRUCTION MANAGEMENT, ZDG CONSTRUCTION MANAGEMENT, LLC and/or "ZDG" be deemed to refer to ZDG, LLC in the operative and any subsequent versions of the Third-Party Complaint.

3. ZDG, LLC was the construction management company involved in the project referenced in Plaintiffs' operative complaint and the claims against ZDG CONSTRUCTION MANAGEMENT and ZDG CONSTRUCTION MANAGEMENT, LLC are dismissed without prejudice.

This stipulation is based on the following:

1. On or about February 25, 2022, SADLERSTONE, LLC, DBA CONCRETE COLLABORATIVE filed its First Amended Third-Party Complaint, including ZDG CONSTRUCTION MANAGEMENT and ZDG CONSTRUCTION MANAGEMENT, LLC as third-party defendants.

2. Counsel for Plaintiffs will be representing ZDG, LLC. On or about May 4, 2022, Counsel for Plaintiffs and ZDG, LLC indicated that the business entity that provided construction management for the project which is the subject of Plaintiffs' complaint is ZDG, LLC, not ZDG CONSTRUCTION MANAGEMENT or ZDG CONSTRUCTION MANAGEMENT, LLC.

3. It is therefore requested that ZDG, LLC be substituted as a third-party defendant to SADLERSTONE, LLC, DBA CONCRETE COLLABORATIVE's operative Third-Party Complaint, as ROE No. 6 and in place of "ZDG CONSTRUCTION MANAGEMENT" and "ZDG CONSTRUCTION MANAGEMENT, LLC."

//

4. Counsel for ZDG, LLC indicated they will accept service of the operative Third-Party Complaint on behalf ZDG, LLC.

5. Upon issuance of an Order pursuant to this stipulation, ZDG, LLC shall have 15 days to file a responsive pleading to the operative Third-Party Complaint.

IT IS SO STIPULATED.

Dated: May 9, 2022         MORGENSTERN LAW GROUP

By: /s/ P. Molly Ford
ROBERT A. MORGENSTERN
PATRICIA MOLLY FORD
ILIA BORISOV
Attorneys for Defendant
SADLERSTONE, LLC, dba
CONCRETE COLLABORATIVE

Dated: May 9, 2022         DUANE MORRIS LLP

By: /s/ Deanna J. Lucci
ANDREW K. GORDON
DEANNA J. LUCCI
Attorneys for Plaintiff,
BLUMENFELD DEVELOPMENT
GROUP, LTD, BDG GOTHAM
RESIDENTIAL, LLC and ZDG,
LLC

**JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND "ZDG CONSTRUCTION MANAGEMENT, LLC"**

# PROOF OF SERVICE
# [C.C.P. §1013]

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

On **May 10, 2022**, I served the foregoing document entitled **JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND ZDG CONSTRUCTION MANAGEMENT. LLC TO THE OPERATIVE THIRD-PARTY COMPLAINT OF SADLERSTONE, LLC, DBA CONCRETE COLLABORATIVE,** on all parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

___ **By Mail**. By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully paid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter is more than one day after day of deposit for mailing in this Proof of Service.

___ **By Personal Service**. I delivered such envelope by hand to the addressee(s).

___ **By Overnight Courier**. I caused the above-referenced document(s) to be delivered to an overnight courier service for next day delivery to the above addressee(s).

_X_ **By Email Transmission**. I caused the abovementioned document(s) to be transmitted by email to the address(es) listed below at their respective email address(es) as listed and described below. I am "readily familiar" with this office's practice for transmissions by email. Under that practice transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the foregoing document(s) by email, I followed this office's ordinary business practices. The sending email address is: tjeters@morgensternlawgroup.com.

_X_ **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 10, 2022**, at Woodland Hills, California.

/s/ Trecia Jeters
TRECIA JETERS

- 4 -

**JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND "ZDG CONSTRUCTION MANAGEMENT, LLC"**

*Blumenfeld Development Group, Ltd. V. Sadlerstone, LLC*
Case No. 3:21-cv-1117-WQH-MB

    The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

**SERVICE LIST**
**(Updated 07/22/21)**

| | |
|---|---|
| Deanna J. Lucci, Esq.<br>DUANE MORRIS, LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>(619) 744-2200<br>djlucci@duanemorris.com<br>AVillanueva@duanemorris.com<br><br>Andrew K. Gordon, Esq.<br>DUANE MORRIS, LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>(415) 957-3000<br>akgordon@duanemorris.com | Attorneys for Plaintiffs,<br>BLUMENFELD DEVELOPMENT GROUP, LTD. And BDG GOTHAM RESIDENTIAL, LLC |

**JOINT MOTION FOR AN ORDER IDENTIFYING ZDG, LLC AS ROE NO. 6 AND IN PLACE OF "ZDG CONSTRUCTION MANAGEMENT" AND "ZDG CONSTRUCTION MANAGEMENT, LLC"**