UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENFELD DEVELOPMENT GROUP, LTD, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>SADLERSTONE LLC dba CONCRETE COLLABORATIVE, et al.,<br><br>                              Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT | Case No.:  21cv1117-WQH (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES [ECF NO. 55]** |

On May 10, 2022, the parties filed a "Joint Motion for an Order Continuing the Discovery Cut-off and Expert Disclosure Dates." (ECF No. 55.)  They ask the Court to continue the fact and expert discovery deadlines by thirty days. (Id. at 1-2.)  In support, the parties describe their discovery efforts to date and assert that they require additional time to complete discovery. (Id. at 2-4.)  The parties do not request to continue any pretrial deadlines. (See id.)

Having considered the joint motion and finding good cause, the Court **GRANTS IN PART** the motion. Accordingly, the Court continues the fact and expert discovery deadlines as follows:

- Fact discovery cut-off: **September 19, 2022**
- Last day to propound written discovery: **July 18, 2022**
- Designation of experts: **September 19, 2022**
- Designation of rebuttal experts: **October 6, 2022**
- Disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B): **November 7, 2022**
- Rebuttal disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(D): **November 21, 2022**
- Completion of expert discovery: **December 20, 2022**

All other deadlines and requirements remain unchanged. (See ECF Nos. 37, 53.)

**IT IS SO ORDERED**.

Dated:  May 12, 2022

Honorable Michael S. Berg
United States Magistrate Judge