UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENFELD DEVELOPMENT GROUP, LTD, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SADLERSTONE LLC dba CONCRETE COLLABORATIVE, et al.,<br><br>　　　　　　　　　　　Defendants.<br><hr>AND RELATED THIRD-PARTY COMPLAINT | Case No.:  21cv1117-WQH (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 77]** |

On August 11, 2022, the parties filed a joint motion asking the Court to enter their Stipulated Protective Order.  (ECF No. 77.)[1]  The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order attached an Exhibit 1 to the parties' motion [ECF No. 77-1 at 1-10] with the following modification:

---

[1] The Court notes that the parties filed a joint motion that appears to duplicate the instant motion as ECF No. 76, with the only exception that the motion does not contain Exhibit 1 with the parties' proposed Stipulated Protective Order.  Accordingly, the Court **DENIES** the motion [ECF No. 76] as moot.

1

Paragraph 27 should read: "No document may be filed under seal, except pursuant to a court order that authorizes the sealing of the particular document, or portion of the document. A sealing order may issue only upon a showing that the information is privileged or protectable under the law. **The request must be narrowly tailored to seek sealing only of the confidential or privileged material**.

To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2. In addition, a party must file a redacted version of any document that it seeks to file under seal. The document must be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.' The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated: August 12, 2022

Honorable Michael S. Berg
United States Magistrate Judge